FILED

2018 DEC 27 AM 10: 56

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY____LAW____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | SA 18 - 6 7 4 M |
| v. | |
| KOFI AMARTEI NKROMAH | **AFFIDAVIT RE OUT-OF-DISTRICT WARRANT** |
| DEFENDANT(S). | |

The above-named defendant was charged by: FEDERAL PROBATION VIOLATION PETITION
in the WESTERN District of NORTH CAROLINA on 5/2/2018
at 9:00 ☒ a.m. / ☒ p.m. The offense was allegedly committed on or about 4/29/2018
in violation of Title 18 U.S.C., Section(s) 3583
to wit: _____

A warrant for defendant's arrest was issued by: THE HONORABLE DENNIS L. HOWELL

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on ___12-27-18___, by

___Lori Wagena___, Deputy Clerk.

_[signature]_
Signature of Agent

ADRIAN BRAVO
Print Name of Agent

USMS
Agency

DEPUTY U.S. MARSHAL
Title

CR-52 (05/98)    AFFIDAVIT RE OUT-OF-DISTRICT WARRANT