"0"

FILED
CLERK, U.S. DISTRICT COURT

DEC 2 7 2018

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

UNITED STATES OF AMERICA,

              Plaintiff,

              v.

KOFI AMARTEI NKROMAH,

              Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. SA 18-674M

ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. . § 3143(a)]

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Western District of North Carolina, for alleged violations of the terms and conditions of his supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.    ( X )  The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on:

*Instant allegations; lack of bail resources.*

and

B.    ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on: *Instant allegations; criminal history.*

IT THEREFORE IS ORDERED that the defendant be detained pending further proceedings and/or transfer to the charging district.

Dated: _____12/27/2018_____

_____

DOUGLAS F. McCORMICK
United States Magistrate Judge

2